United States District Court

Eastern District of California

Marvellous A. Greene, Sr.,

       Plaintiff,                      No. Civ. S 02-0684 GEB PAN P

  vs.                               Order

Cheryl Pliler, et al.

       Defendants.

                               -oOo-

    August 4, 2005, defendants requested an extension of time to file and serve a motion for summary judgment. Good cause appearing, defendant's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: August 16, 2005.

                                  /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge