IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

    Plaintiff,                    2:02-cv-0684-GEB-PAN (JFM)-P

    vs.

CHERYL PLILER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 8, 2006, are adopted in full;

2. Defendants' February 15, 2006, motion to stay this action is granted;

3. The dates for dispositive motions, pretrial proceedings and trial are vacated;

4. The Clerk of the Court is directed administratively to close this case; and

5. Within 120 days from the date of this order, defendants shall file and serve a status report discussing the activity in <u>Vaden v. Summerhill</u>, Case No. 05-15650.

Dated: May 1, 2006

<pre>
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
</pre>