IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREEN, SR.

     Plaintiff,                   2:02-cv-00684-GEB-EFB-P

     vs.

CHERYL PLILER,

     Defendant.               ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. He claimed that defendant violated his First Amendment rights by refusing to allow him to change his name. On February 5, 2007, the court granted defendant's motion for judgment on the pleadings and dismissed this action on the ground that plaintiff failed to exhaust available administrative remedies. On February 23, 2007, plaintiff filed a motion to alter or amend the judgment.[1] *See* Fed. R. Civ. P. 59(e). A district court may alter or amend the judgment if it "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No 11, Multnomah County v. AcandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

---

[1] Plaintiff dated the proof of service February 16, 2007. Therefore, applying the mailbox rule the motion is timely. *See Houston v. Lack*, 487 U.S. 266, 270 (1988) (notice of appeal by *pro se* litigant deemed filed when the prisoner delivers it to prison authorities for delivery to the court).

Plaintiff asserts that he is entitled to relief "based on 'common law rights' that any human has to change his name." Plaintiff has not made the showing required to grant his motion.

Accordingly, it is ORDERED that plaintiff's February 23, 2007, motion to alter or amend the judgment is denied.

Dated: May 1, 2007

GARLAND E. BURRELL, JR.
United States District Judge